| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) Judge HAYNES |
| | ) |
| YASSIN YUSUF | |

*[Handwritten annotation: Quash Thu motion is DENIED as moot. /s/ [signature] 2-15-72]*

## MOTION TO RECONSIDER RULING ON MOTION TO CONTINUE TRIAL

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to reconsider its previous Order (Doc. # 992) denying Defendant's Motion (Doc. # 984) to continue the trial date. In support of this Motion counsel would show as follows:

1. On December 8, 2011 I met with the Defendant and told him I was relieved by the Court from his case due to an overlapping trial scheduling conflict and the Court's reluctance to continue given the number of attorneys involved in the case. Defendant Yusuf requested that I file this Motion to Recosider even knowing that a similar Motion to Reconsider filed by Co-Defendant Kayachith has already been denied by the Court (Doc. #991). Defendant Yusuf wants the Court to know that he does not wish to change attorneys and that he believes no new attorney could possibly be ready for trial by March 20, 2012. Defendant Yusuf would much prefer that I remain his lawyer and this case be continued.

2. On December 12, 2011 I spoke with Leslie J. Fatowe, an attorney in Jackson Tennessee, to whom Ann Card was going to reassign the case. I told Ms. Fatowe about the case and pledged to help her in anyway possible, however, Ms. Fatowe declined the appointment because she could not be ready for trial by March 20, 2012. I fear that Ms. Fatowe's actions