UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) No. 3:10-00260
v. ) JUDGE HAYNES
)
YASSIN YUSUF

*[handwritten: Motion is GRANTED. William Haynes 3-5-12]*

MOTION TO JOIN CO-DEFENDANT HERSI'S MOTION TO COMPEL (D.E.# 1719)

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to allow him to join Co-Defendant Hersi's Motion to compel the government to comply with the Court's Order regarding witnesses (D.E. #1586). In support of this Motion the Defendant Yusuf would show as follows:

1. At about 11:00 a.m. on today's date counsel received by way of registered U.S. Mail the government's list of witnesses. The government grouped the witnesses to "Events." The "Event" that pertains to Defendant Yusuf is "Event 3-JD #2." There are 82 witnesses listed to this "event." There are a multitude of incidences contained within this event spanning over approximately four years. Defendant Yusuf is only alleged to be involved in one incident in May 2007 and several in April 2009. Defendant Yusuf is not alleged to be involved in any of the other incidences. While the government statement that all witnesses are testifying against all Defendants is clever and technically true it would seem to violate the spirit of the Court's Order. Left as is, an unnecessary amount of money will have to be spent by investigators interviewing a non-relevant witnesses.