| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) No. 3:10-CR-00260 |
| | ) JUDGE HAYNES |
| YASSIN ABDIRAHMAN YUSUF | ) |
| | ) |

*[handwritten note: Motion is GRANTED. /s/ 4-18-12]*

## MOTION TO REDACT AND UNSEAL DOCUMENT (D.E. # 2265)

Comes now Yassin Yusuf, by and through appointed counsel of record, David I. Komisar and hereby respectfully moves this Honorable Court to redact the names of the tested parties in seal document (D.E. #2265) and then unseal the document so that counsel can reference the document in the slew of motions that counsel must now file as a result of the sealed document.

Respectfully Submitted,

/S/ David I. Komisar
David I. Komisar, BPR #9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Fl.
Nashville, TN 37201
(615)242-2675
david.komisar@prodigy.net

### Certificate of Service

I hereby certify that on the 6th day of March 2012, a true and correct copy of the foregoing Motion For Leave To File Pleading Under Seal was sent via the CM/ECF system to Assistant U. S. Attorneys Van Vincent and Blanche Cook.

/S/ David I. Komisar
David I. Komisar