UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:10-00260 |
| v. ) | Chief Judge Haynes |
| ) | |
| [29] YASIN YUSUF ) | |

ORDER ON UNITED STATES' MOTION TO UNSEAL PETITION FOR REVOCATION
AND MODIFIED PETITION FOR REVOCATION REGARDING [29] YASSIN YUSUF

Upon motion of the United States and for good cause shown the Court hereby Orders the Petition For Revocation of the Release (R. 3220: Petition) of [29] Yasin Yusuf, filed August 1, 2013, be unsealed. The Court further Orders the Modified Petition for Revocation of Release (R. 3232: Modified Petition) of [29] Yasin Yusuf, filed August 6, 2013, be unsealed.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

3