UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | |

*ORDER*

*This motion is GRANTED*

*[signature]*

*12-13-13*

## MOTION TO SUPPLEMENT THE RECORD FOR PURPOSES OF APPEAL 13-5122

Comes now the Defendant, Yassin Yusuf, through counsel and moves this Honorable Court to enter an Order making the following attached document, which was provided in Government's discovery packet dated January 20, 2012 as part of the record in this case for purposes of appeal:

1. Federal Bureau of Investigation Report dated June 17, 2011 stating JD2's birth certificate was not genuine. Government discovery packet 12, dated January 20, 2012, Disc 1, bate stamped discovery numbers 044179-044181.

s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Floor