UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | ) |

*[Handwritten note: ON PSM / This motion is GRANTED / Will [signature] WJH / 12-13-13]*

## MOTION TO SUBSTITUTE ATTACHMENT FILED WITH MOTION TO SUPPLEMENT THE RECORD FOR PURPOSES OF APPEAL 13-5122(D.E. # 3527-1)

Comes now the Defendant, Yassin Yusuf, through counsel and moves this Honorable Court to enter an Order substituting a redacted document in lieu of the document inadvertently filed at Docket Entry Number 3527-1 and sealing the original filing

    s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Floor
Nashville, Tennessee
(615) 242-2675