UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | ) |

*[handwritten notation: Quash / This motion / is granted / [signature] / 12-15-13]*

SECOND MOTION TO SUPPLEMENT THE RECORD FOR PURPOSES OF APPEAL 13-5122)

Comes now the Defendant, Yassin Yusuf, through counsel and moves this Honorable Court to enter an Order making the following attached documents as part of the record in this case for purposes of appeal:

1. Saint Paul Police Department Report dated August 23, 2011 and attached DNA lab report concluding that Safia Beledi is the biological mother of JD2. Government discovery bate stamp # 037909-037911.

2. FBI Facsimile Cover Sheet dated January 14, 2011 including Plan for Minors Fund and JD2's birth certificate. Received from Government on April 9, 2012 and referenced in Docket Entry # 2465, Defendant Yusuf's exhibit # 29-17, Victim's Compensation Claim for JD2.

3. Saint Paul Police Department Report dated April 21, 2011 and attached birth certificate for JD2. Government discovery bate stamp number 037857 and